**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

                Plaintiff,

        v.

**DAMIAN ANTHONY DELEAL ET AL.**

                Defendant.

2:18-MJ-0066 DB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Damian Anthony Deleal |
| Detained at: | Rio Cosumnes Correctional Center |

Detainee is:
    a.)  ☒ charged in this district by:  ☐ Indictment  ☐ Information  ☒ Complaint
          charging detainee with:  18 USC 1708, 1708 and 1028(A)(1) et sec.
or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/MICHELLE RODRIGUEZ |
| Printed Name & Phone No: | Michelle Rodriguez 916-554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum    ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 15, 2019

Honorable Edmund F. Brennan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | X-4918866 | DOB: | 05/31/1988 |
| Facility Address: | 12500 Bruceville Road, Elk Grove, CA | Race: | |
| | Housing Location SBF503 | FBI#: | |
| Currently | Rio Cosumnes Correctional Center | | |

## RETURN OF SERVICE

Executed on: _____

(signature)